AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

United States District Court
Southern District of Texas
FILED

OCT - 5 2015

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Rina Iris Quintanilla

## CRIMINAL COMPLAINT

Case Number: M-15-1729-M

IAE   YOB: 1980
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 4, 2015** in **Starr** County, in the **Southern** District of **Texas** *(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Rina Iris Quintanilla was encountered by Border Patrol Agents near Roma, Texas on October 4, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on October 4, 2015, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 10, 2015, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 27, 2012, the defendant was convicted of Grand Larceny and sentenced to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*approved by*

Sworn to before me and subscribed in my presence,

**October 5, 2015**

**Dorina Ramos**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant

**Belma DeLeon**   **Senior Patrol Agent**

Signature of Judicial Officer